Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 ext. 235; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
KAREN EISENBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KAREN EISENBERG<br><br>  Plaintiff,<br><br>  vs.<br><br>HUNT & HENRIQUES<br><br>  Defendant. | Case No.: 09-CV-5715CBM (RZx)<br><br><br>**VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

   Plaintiff, KAREN EISENBERG, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 11, 2009                KROHN & MOSS, LTD.


                         By:/s/ Nicholas J. Bontrager

                         Nicholas J. Bontrager

                         Attorney for Plaintiff,
                         KAREN EISENBERG

- 1 -

Voluntary Dismissal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25